JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS ANDERSON,<br><br>                   **Petitioner,**<br><br>     **v.**<br><br>**THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>                  **Respondent.**<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  **NO.  CV 18-6457-DSF (KS)**<br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  8/13/18

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE